UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Criminal Action No. 5: 14-074-DCR-11 |
| V. | ) ) | |
| RODNEY E. JOHNSON, | ) ) | **MEMORANDUM ORDER** |
| Defendant. | ) ) | |

\*\*\*\*   \*\*\*\*   \*\*\*\*   \*\*\*\*

The Court has received two letters from Defendant Rodney Johnson requesting that he be released to home confinement pursuant to the Second Chance Act of 2007 ("the Act"), Pub. L. 110-119, 122 Stat. 657. Johnson recently admitted to violations of his conditions of supervised release. [*See* Record No. 645.] The Court revoked his supervision and sentenced him to a 9-month term of imprisonment. [Record No. 647] In support of his request for release to home confinement, Johnson states that his mother is in poor health and in need of a caregiver.

The Court may modify a sentence that has been finally imposed under very limited circumstances. *See* 18 U.S.C. § 3582(c). The Second Chance Act does not provide one of those circumstances. The Act amended 18 U.S.C. § 3624(c) to provide that the Bureau of Prisons shall "ensure that a prisoner serving a term of imprisonment spends a portion of the final months of that term (not to exceed 12 months), under conditions that will afford that prisoner a reasonable opportunity to adjust to and prepare for the reentry of that prisoner into

the community." 18 U.S.C. § 3624(c)(1).[1] It further provided that the BOP's authority "may be used to place a prisoner in home confinement" for a period of his sentence. 18 U.S.C. § 3624(c)(2).

Johnson's request will be denied because the Act does not empower this Court to grant Johnson's requested relief. *See United States v. Blankenship*, 2020 WL 2309245, at *2 (E.D. Ky. May 8, 2020). "The Bureau of Prisons holds the sole authority to grant home confinement requests." *Id.* (citing *United States v. McCann*, No. 5: 13-52-KKC, 2020 WL 1901089, at *3 (E.D. Ky. Apr. 17, 2020)). Accordingly, it is hereby

**ORDERED** as follows:

1. The Clerk of the Court is directed to file the defendant's letters in the record of these proceedings.

2. The defendant's request for home confinement pursuant to the Second Chance Act is **DENIED**.

Dated: June 11, 2021.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky

---

[1] The Coronavirus Aid, Relief, and Economic Security Act, allows the Bureau of Prisons to "lengthen the maximum amount of time for which the Director is authorized to place a prisoner in home confinement under the first sentence of section 3624(c)(2) of title 18, United States Code, as the Director determines appropriate." Pub. L. 116, 134 Stat. 281, 516, § 12003(b)(2).